No. 00–8646. MAYE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–8697. WILLIAMS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 00–8761. BERRY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–8863. EURY v. SHINAULT ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–8878. JOHNSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–9047. ALEXANDER v. MOSLEY, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00–9051. SWATZIE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9160. CARRUTHERS v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 00–9174. GUZMAN-OCAMPO, AKA GUZMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9213. GUEVARA-TORRES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9223. GALLO-CHAMORRO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9262. ABDUL-AKBAR v. MCKELVIE, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–9292. WILLS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.